The People of the State of New York ex rel. George A. Mencke, Appellant, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Frederick A. Auffermann, Appellant, v. Publishers' Paper Company and the American Mahogany Company, Respondents.— Motion to compel the acceptance of the notice of appeal granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

The Charles H. Brown Paint Company, Respondent, v. Charles J. Reinhardt, Appellant, Impleaded with William W. Penfield.— Motion denied, on condition that the appellant pay ten dollars costs within ten days, perfect his appeal, place the case at the foot of the calendar and be ready for argument when reached. Otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Alfred P. Delcambre, Sr., Respondent, v. Marie H. Delcambre and Others, Defendants, Impleaded with City of Mount Vernon, Appellant.— Motion denied. It was not the intention of this court to grant any leave to plead over. If the judgment entered in this action by the clerk of Westchester county is not in its form final, in that it does not expressly provide that the complaint should be dismissed, the remedy is by a motion at Special Term to instruct the clerk to enter such judgment as the decision of this court authorized. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Sarah Gallagher, Respondent, v. George S. Billings, Individually, etc., and Others, Appellants.— Motions to dismiss appeal denied, but permission is given to respondent to present upon the argument such original papers on file in the Kings county clerk's office as she is advised may be necessary, together with the envelope referred to in the moving papers. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

George H. Rice Company, etc., Respondent, v. Louis Saul, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.